UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WOLFREDO BETANCOURT, a Nevada resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGILYSYS, INC. an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 12 3516 SBA<br><br>**ORDER GRANTING PLAINTIFFS' AND DEFENDANTS' STIPULATED MOTION TO VACATE CASE MANAGEMENT CONFERENCE AND SET HEARING ON MOTION FOR PRELIMINARY APPROVAL, PURSUANT TO LOCAL RULES 6-1(B)AND 16-2 (E)**<br><br>Date Action Filed:  July 8, 2012 |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. The telephonic Case Management Conference set for March 20, 2013 shall be vacated and/or continued to the date of hearing on the parties anticipated Motion for Preliminary Approval and Conditional Certification;

2. The prior stipulation tolling the FLSA statute of limitations [ECF 14 and 15] is extended for FLSA claimants in the proposed settlement class until 30-days after entry of an order granting final approval of the settlement;

1    3.  The motion for Preliminary Approval of Class Action settlement shall be filed on or
2        before May 7, 2013 as either a Joint Motion or as designated as unopposed.  The
3        hearing date will be assigned in accordance with Chamber's law and motion rules, or
4        on a date determined by the Court.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: March 12, 2013

_____
Hon. Saundra B. Armstrong
United States District Judge