UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WOLFREDO BETANCOURT, a Nevada resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AGILYSYS, INC. an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV 12 3516 SBA<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO CONTINUE MAY 7, 2013 DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date Action Filed: July 8, 2012 |

1    PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY
2    ORDERED THAT:
3        1.   The previously set May 7, 2013 deadline file a motion for Preliminary Approval of
4    Class Action settlement [ECF 18] is extended to June 6, 2013.  The Preliminary Approval Motion
5    shall be filed as either a Joint Motion or as designated as unopposed.  The hearing date will be
6    assigned in accordance with Chamber's law and motion rules, or on a date determined by the
7    Court.
8        **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**
9
10   DATED: May 3, 2013                             _____
11                                                  Hon. Saundra B. Armstrong
                                                    United States District Judge