**BISNAR | CHASE**
Brian D. Chase, (SBN 164109)
*bchase@bisnarchase.com*
Jerusalem F. Beligan, (SBN 211258)
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949)752-2999/Facsimile: (949)752-2777

Attorneys for Plaintiffs and the Putative Class

*[Additional Counsel listed, next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WILFREDO BETANCOURT, a Nevada Resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>AGILYSYS, INC., an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No. CV12-3516 SBA<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**[UNOPPOSED]**<br><br>**NOTICE OF MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**<br><br>Date:  August 6, 2013<br>Time:  1:00 p.m.<br>Dept:  Courtroom 1 (Fourth Floor)<br>Judge:  Hon. Saundra B. Armstrong<br><br><br>Filed:  July 6, 2012<br>Trial date: None set |

Page 1
Notice of Motion for Order Granting
Preliminary Approval of Class Action Settlement   Case No. CV12-3516-SBA

1 **COHELAN KHOURY & SINGER**
Isam C. Khoury, (SBN 128643)
2   *lkhoury@ckslaw.com*
Michael D. Singer, (SBN 115301)
3   *msinger@ckslaw.com*
Diana M. Khoury, (SBN 128643)
4   *dkhoury@ckslaw.com*
5 J. Jason Hill, (SBN 179630)
  *jhill@ckslaw.com*
6 605 "C" Street, Suite 200
San Diego, CA 92101-5305
7 Telephone: (619) 595-3001 / Facsimile: (619) 595-3000

8 Attorneys for Plaintiffs and the Putative Class

**TO:     ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on August 6, 2013 at 1:00 p.m. before this Court located in the Ronald V. Dellums Federal Building located at 1301 Clay Street, in Courtroom No. 1 (Fourth Floor), Oakland, California 94612, Named Plaintiffs Terrell Jones, Michael Johnson, Derrick Paige, Wilfredo Betancourt, Yolanda McBrayer, and Michael Pierson, individually, and on behalf all others similarly situated will, and hereby does, move this Court for an Order which has the effect of doing the following:

1) Granting preliminary approval of the Class and Collective Action Settlement set forth more particularly in the Settlement Agreement attached as Exhibit "1" to the Declaration of Isam C. Khoury, filed concurrently with this motion,

2) Granting conditional certification of the California and Non-California FLSA settlement Class pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FRCP") and conditional certification of a collective action pursuant to 216(b) of the Fair Labor Standards Act ("FLSA"),

3) Approving the proposed Notice of Class Action Settlement, Claim Form/FLSA Consent to Join Form, and Request for Exclusion Form to be sent to the Class advising them of the pendency of class action and proposed Settlement, of the schedule and procedure for the filing of claims to receive their monetary share of the proposed Settlement, for the filing of requests for exclusion, and of objections, if any, to the proposed Settlement; and

4) Setting a Final Fairness Hearing to consider Final Approval of the proposed Settlement.

The Parties have met and conferred, and Plaintiffs anticipate no objection to this motion from Defendants.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, Complaint on file, the Declarations of Terrell Jones, Michael Johnson, Derrick Paige, Wilfredo Betancourt, Yolanda McBrayer, Michael Pierson, Brian Chase, Isam C. Khoury and Jerusalem F. Beligan filed herewith, the proposed Settlement Agreement and proposed Notice filed herewith;

1 and the [Proposed] Order Granting Preliminary Approval of the Class Action Settlement; the other
2 records and files in this action; and such other matters as may be properly presented at or before
3 the hearing.

4                                   Respectfully submitted,

5 Dated: June 6, 2013          BISNAR | CHASE

7                                   By: /s/ Jerusalem F. Beligan
8                                        Jerusalem F. Beligan
                                       Attorneys for Plaintiffs and the Putative Class

9 Dated: June 6, 2013          COHELAN KHOURY & SINGER

11                                   By: /s/ Diana M. Khoury
12                                        Isam C. Khoury / Diana M. Khoury
                                       Attorneys for Plaintiffs and Putative Class

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion and Motion for Order Granting
Preliminary Approval of Class Action Settlement                               Case No. CV12-3516-SBA