# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WILFREDO BETANCOURT, a Nevada Resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br>vs.<br><br>AGILYSYS, INC., an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br>　　　　　　Defendants. | Case No. CV12-3516 SBA<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**[UNOPPOSED]**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO INCREASE PAGE LIMIT OF THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT**<br><br><br>Filed:　　　July 6, 2012<br>Trial date:　None set |

PURSUANT TO PLAINTIFFS' EX PARTE APPLICATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiffs may file a Memorandum of Points and Authorities in support of the Motion for Preliminary Approval of Collective Action Settlement that exceeds the fifteen (15) page limit.

IT IS FURTHER ORDERED that Plaintiffs' Memorandum of Points and Authorities in support of the Motion for Preliminary Approval of Collective Action Settlement may not exceed eighteen (18) pages.

IT IS SO ORDERED.

DATED: October 18, 2013

*(signature)*
The Honorable Saundra B. Armstrong
United States District Judge