| | |
|---|---|
| 1 | **BISNAR \| CHASE** |
| | Brian D. Chase, (SBN 164109) |
| 2 | *bchase@bisnarchase.com* |
| | Jerusalem F. Beligan, (SBN 211258) |
| 3 | *jbeligan@bisnarchase.com* |
| | 1301 Dove Street, Suite 120 |
| 4 | Newport Beach, California 92660 |
| 5 | Telephone: (949)752-2999/Facsimile: (949)752-2777 |
| 6 | Attorneys for Plaintiffs and the Putative Class |
| 7 | *[Additional Counsel listed, next page]* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WILFREDO BETANCOURT, a Nevada Resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>AGILYSYS, INC., an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. CV12-3516 SBA<br><br>**COLLECTIVE ACTION**<br><br>**[UNOPPOSED]**<br><br>**NOTICE OF MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**<br><br>Date:        November 26, 2013<br>Time:       1:00 p.m.<br>Dept:        Courtroom 1 (Fourth Floor)<br>Judge:      Hon. Saundra B. Armstrong<br><br><br>Filed:        July 6, 2012<br>Trial date:  None set |

**COHELAN KHOURY & SINGER**
Isam C. Khoury, (SBN 128643)
 *lkhoury@ckslaw.com*
Michael D. Singer, (SBN 115301)
 *msinger@ckslaw.com*
Diana M. Khoury, (SBN 128643)
 *dkhoury@ckslaw.com*
J. Jason Hill, (SBN 179630)
 *jhill@ckslaw.com*
605 "C" Street, Suite 200
San Diego, CA 92101-5305
Telephone: (619) 595-3001 / Facsimile: (619) 595-3000

Attorneys for Plaintiffs and the Putative Class

**TO:     ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on November 26, 2013 at 1:00 p.m. before this Court located in the Ronald V. Dellums Federal Building located at 1301 Clay Street, in Courtroom No. 1 (Fourth Floor), Oakland, California 94612, Named Plaintiffs Terrell Jones, Michael Johnson, Derrick Paige, Wilfredo Betancourt, Yolanda McBrayer, and Michael Pierson, individually, and on behalf all others similarly situated will, and hereby does, move this Court for an Order which has the effect of doing the following:

1) Granting preliminary approval of the Class and Collective Action Settlement set forth more particularly in the Amended Settlement Agreement attached as Exhibit "1" to the Declaration of Isam C. Khoury, filed concurrently with this motion,

2) Granting conditional certification of a collective action pursuant to 216(b) of the Fair Labor Standards Act ("FLSA"),

3) Approving the proposed Notice of Class Action Settlement and Claim Form/FLSA Consent to Join Form, to be sent to the Class advising them of the pendency of class action and proposed Settlement, of the schedule and procedure for the filing of claims to receive their monetary share of the proposed Settlement, and of objections, if any, to the proposed Settlement; and

4) Setting a Final Fairness Hearing to consider Final Approval of the proposed Settlement.

The Parties have met and conferred, and Plaintiffs anticipate no objection to this motion from Defendants.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, Complaint on file, the Declarations of Terrell Jones, Michael Johnson, Derrick Paige, Wilfredo Betancourt, Yolanda McBrayer, Michael Pierson, Brian Chase, Isam C. Khoury and Jerusalem F. Beligan filed herewith, the proposed Amended Settlement Agreement and proposed class Notice filed herewith; and the [Proposed] Order Granting Preliminary

///

///

1  Approval of the Class Action Settlement; the other records and files in this action; and such other
2  matters as may be properly presented at or before the hearing.

3                                                            Respectfully submitted

4  Dated: October 18, 2013               BISNAR | CHASE

                                                           By: /s/ Jerusalem F. Beligan
                                                                 Jerusalem F. Beligan
                                                          Attorneys for Plaintiffs and the Putative Class

8  Dated: October 18, 2013               COHELAN KHOURY & SINGER

                                                           By: /s/ Diana M. Khoury
                                                                Diana M. Khoury
                                                          Attorneys for Plaintiffs and Putative Class