UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WOLFREDO BETANCOURT, a Nevada resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AGILYSYS, INC. an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV 12 3516 SBA <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO APPROVE AMENDED CLASS NOTICE <br><br><br> Filed:         July 6, 2012 <br> Trial date:   None set |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1.   The Amended Class Notice, attached as Exhibit "A" to the Parties' Stipulation to Approve Amended Class Notice, is hereby approved as to form and content.

**IT IS SO ORDERED.**

DATED: January 15, 2014

*[signature]*
Hon. Saundra B. Armstrong
United States District Judge