| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WOLFREDO BETANCOURT, a Nevada resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGILYSYS, INC. an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 12 3516 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO AMEND ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL FILED JANUARY 10, 2014 TO ADD ADDITIONAL CLASS COUNSEL**<br><br><br>Filed:  July 6, 2012<br>Trial date:    None set |

1

1 | PURSUANT TO PLAINTIFFS' *EX PARTE* APPLICATION TO AMEND ORDER
2 | GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL FILED JANUARY
3 | 10, 2014 TO ADD ADDITIONAL CLASS COUNSEL FOR GOOD CAUSE SHOWN, IT IS
4 | HEREBY ORDERED THAT:

    1.    The law firm of Cohelan, Khoury & Singer is added as counsel for the Class in this matter.

**IT IS SO ORDERED.**

DATED: January 21, 2014

                                                         */s/ Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS EX PARTE APPLICATION TO AMEND ORDER
CASE NO. CV 12 3516 SBA