**BISNAR | CHASE**
Brian D. Chase, Esq. (SBN 164109)
   *bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq. (SBN 211258)
   *jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949)752-2999/Facsimile: (949)752-2777

**COHELAN KHOURY & SINGER**
Isam C. Khoury, Esq. (SBN 128643)
   *ikhoury@ckslaw.com*
Michael D. Singer, Esq. (SBN 115301)
   *msinger@ckslaw.com*
Diana M. Khoury, Esq. (SBN 128643)
   *dkhoury@ckslaw.com*
J. Jason Hill, Esq. (SBN 179630)
   *jhill@ckslaw.com*
605 "C" Street, Suite 200
San Diego, CA 92101-5305
Telephone: (619) 595-3001 / Facsimile: (619) 595-3000
Attorneys for Plaintiffs and the Putative Class Members

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRELL JONES, a California resident; MICHAEL JOHNSON, a Florida resident; DERRICK PAIGE, a Texas resident; WILFREDO BETANCOURT, a Nevada Resident; YOLANDA McBRAYER, a former Colorado resident; and MICHAEL PIERSON, a North Carolina resident, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br>       vs.<br><br>AGILYSYS, INC., an Ohio corporation; AGILYSYS NV, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. CV12-3516 SBA<br><br>**COLLECTIVE ACTION**<br><br>**[UNOPPOSED]**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO INCREASE PAGE LIMIT OF THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT**<br><br><br>Filed:       July 6, 2012<br>Trial date:  None set |

1  PURSUANT TO PLAINTIFFS' EX PARTE APPLICATION AND FOR GOOD
2  CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiffs' Counsel may file a
3  Memorandum of Points and Authorities in support of the Unopposed Motion for Order Final
4  Approval of Collective Action Settlement that exceeds the fifteen (15) page limit.
5  IT IS FURTHER ORDERED that Plaintiffs' Memorandum of Points and Authorities
6  in support of the Motion for Final Approval of Collective Action Settlement may not exceed
7  **twenty-five (25) pages**.

9  **IT IS SO ORDERED.**
10 DATED:  April 14, 2014

_____
The Honorable Saundra B. Armstrong
United States District Judge

Page 2

[Proposed] Order Granting Plaintiffs' *Ex Parte* Application to                    Case No. CV12-3516-SBA
Increase Page Limit for Motion for Final Approval of Collective Action Settlement