# EXHIBIT 3

*Jones, et al. v. Agilysys, Inc., et al.*
**Case No. CV12-3516 SBA**

**DECLARATION OF ISAM C. KHOURY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND
ENTERING JUDGMENT**

# *Westlaw Court Express*

## *LEGAL BILLING REPORT*

**VOLUME 14, NUMBER 3**

**December 2012**

CA REGION

## *BY REGION, BY FIRM*

# Table of Contents (Alphabetical by Firm Name)

| **FIRM** | **PAGE** |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 3 |
| DLA Piper LLP | 3 |
| Gibson Dunn & Crutcher, LLP | 3 |
| Kornfield, Nyberg, Bendes & Kuhner, P.C. | 4 |
| Loeb & Loeb | 4 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 4-5 |
| Paul Hastings LLP | 5 |
| Seyfarth Shaw LLP | 5 |
| Sidley Austin LLP | 6 |
| Torys LLP | 7 |

## *California Report*

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|------|--|-----------|----------|-------|------|-------|-------|--|
| **Akin Gump Strauss Hauer & Feld LLP** | | | | | | | | |
| Partner | David P. Simonds | 1993 | 1993 | CA | $ 825.00 | 8.10 | $ 6,682.50 | **U.S.B.C New York Southern** |
| Senior Counsel | Edward P. Christian | 1995 | 1995 | CA | 725.00 | 2.60 | 1,885.00 | *Pinnacle Airlines Corp(12-11343 (REG))* |
| | TOTAL | | | | | 10.70 | $ 8,567.50 | |
| | | | | | | | | From the fee application covering |
| | | | | | | | | July 1, 2012 through October 31, 2012 |
| | | | | | | | | |
| | | | | | | | | NLJ Ranking:        40 |
| | | | | | | | | Firm Size:           791 |
| | | | | | | | | |
| **DLA Piper LLP** | | | | | | | | |
| Partner | Nate McKitterick | 1989 | 1989 | CA | $ 790.00 | 0.60 | $ 474.00 | **U.S.B.C Delaware** |
| Partner | Richard Yankwich | 1979 | 1979 | CA | 780.00 | 39.40 | 30,732.00 | *Trident Microsystems, Inc.(12-10069 (CSS))* |
| Partner | Ann Lawrence | 1999 | 2000 | CA | 755.00 | 90.30 | 68,176.50 | |
| Partner | Heather Dunn | 2000 | 2000 | CA | 705.00 | 1.30 | 916.50 | From the fee application covering |
| Partner | Jeffrey D. Aaronson | 1996 | 1996 | CA | 650.00 | 12.70 | 8,255.00 | October 1, 2012 through October 31, 2012 |
| Of Counsel | Ben Gipson | 2002 | 2002 | CA | 640.00 | 3.10 | 1,984.00 | |
| Associate | Bertrand Pan | 2004 | 2004 | CA | 630.00 | 170.00 | 107,100.00 | NLJ Ranking:        2 |
| Associate | Diana M. Maltzer | 2008 | 2008 | CA | 510.00 | 67.00 | 34,170.00 | Firm Size:         3,348 |
| Associate | Natasha Hsieh | 2011 | 2011 | CA | 470.00 | 1.80 | 846.00 | |
| Associate | Tina Bhanshali | 2000 | 2000 | CA | 400.00 | 4.10 | 1,640.00 | |
| | TOTAL | | | | | 390.30 | $ 254,294.00 | |
| | | | | | | | | |
| **Gibson Dunn & Crutcher, LLP** | | | | | | | | |
| Associate | Virginia Fitt | 2010 | 2010 | CA | $ 445.00 | 19.20 | $ 8,544.00 | **U.S.B.C New York Southern** |
| Associate | Matthew Bouslog | 2011 | 2011 | CA | 395.00 | 12.60 | 4,977.00 | *Lightsquared, Inc(12-12080 SCC)* |
| | TOTAL | | | | | 31.80 | $ 13,521.00 | |
| | | | | | | | | From the fee application covering |
| | | | | | | | | October 1, 2012 through October 31, 2012 |
| | | | | | | | | |
| | | | | | | | | NLJ Ranking:        21 |
| | | | | | | | | Firm Size:         1,039 |

## *California Report*

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|------|------|-----------|----------|-------|------|-------|-------|---|
| **Kornfield, Nyberg, Bendes & Kuhner, P.C.** | | | | | | | | |
| Partner | Eric A. Nyberg | 1987 | 1987 | CA | $ 425.00 | 16.90 | $ 7,182.50 | **U.S.B.C California Northern** |
| Paraprofessional | Nancy L. Nyberg | | | | 80.00 | 0.30 | 24.00 | *Howrey LLP(11-31376-DM)* |
| | TOTAL | | | | | 17.20 | $ 7,206.50 | |
| | | | | | | | | From the fee application covering |
| | | | | | | | | August 1, 2012 through August 31, 2012 |
| | | | | | | | | NLJ Ranking: n/a |
| | | | | | | | | Firm Size: 3 |
| | | | | | | | | |
| **Loeb & Loeb** | | | | | | | | |
| Partner | Lance N. Jurich | 1987 | 1987 | CA | $ 695.00 | 1.90 | $ 1,320.50 | **U.S.B.C California Central** |
| Partner | Christopher W. Campbell | 1999 | 2000 | CA | 650.00 | 46.20 | 30,030.00 | *American Medical Technologies(8:12-12339-MW)* |
| Associate | Ryan M. Austin | 2007 | 2007 | CA | 550.00 | 122.30 | 67,265.00 | |
| Associate | Jeanne C. Wanlass | 1993 | 1993 | CA | 435.00 | 18.20 | 7,917.00 | From the fee application covering |
| Paraprofessional | S. Steadman | | | | 260.00 | 0.20 | 52.00 | July 1, 2012 to September 30, 2012 |
| | TOTAL | | | | | 188.80 | $ 106,584.50 | |
| | | | | | | | | NLJ Ranking: 144 |
| | | | | | | | | Firm Size: 301 |
| | | | | | | | | |
| **Pachulski Stang Ziehl Young Jones & Weintraub** | | | | | | | | |
| Of Counsel | James K. T. Hunter | 1976 | 1976 | CA | $ 745.00 | 0.10 | $ 74.50 | **U.S.B.C California Central** |
| Partner | Samuel R. Maizel | 1985 | 1985 | CA | 725.00 | 40.90 | 29,652.50 | *American Medical Technologies(8:12-12339-MW)* |
| Of Counsel | Jeffrey Kandel | 1984 | 1984 | CA | 615.00 | 0.50 | 307.50 | |
| Partner | Malhar S. Pagay | 1994 | 1997 | CA | 615.00 | 1.80 | 1,107.00 | From the fee application covering |
| Partner | Scotta McFarland | 1980 | 1980 | CA | 615.00 | 47.80 | 29,397.00 | July 1, 2012 to July 31, 2012 |
| Of Counsel | Mary Lane | 1976 | 1976 | CA | 595.00 | 3.80 | 2,261.00 | |
| Partner | Nina Hong | 1995 | 1996 | CA | 595.00 | 0.50 | 297.50 | NLJ Ranking: n/a |
| Associate | Teddy M. Kapur | 2004 | 2006 | CA | 495.00 | 8.40 | 4,158.00 | Firm Size: 55 |
| Library | Leslie A. Forrester | | | | 295.00 | 1.10 | 324.50 | |
| Paraprofessional | Felice Harrison | | | | 275.00 | 23.00 | 6,325.00 | |
| | TOTAL | | | | | 127.90 | $ 73,904.50 | |

## *California Report*

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| **Pachulski Stang Ziehl Young Jones & Weintraub** | | | | | | | | |
| Partner | Richard M. Pachulski | 1979 | 1979 | CA | $  975.00 | 0.80 | $      780.00 | **U.S.B.C Delaware** |
| Partner | Ira D. Kharasch | 1982 | 1983 | CA | 875.00 | 12.80 | 11,200.00 | ***Trident Microsystems, Inc.(12-10069 (CSS))*** |
| Of Counsel | James K. T. Hunter | 1976 | 1976 | CA | 745.00 | 4.00 | 2,980.00 | |
| Partner | John D. Fiero | 1988 | 1988 | CA | 745.00 | 50.80 | 37,846.00 | From the fee application covering |
| Partner | Bruce Grohsgal | 1983 | 1984 | CA | 725.00 | 11.10 | 8,047.50 | September 1, 2012 through September 30, 2012 |
| Of Counsel | Harry Hochman | 1987 | 1987 | CA | 675.00 | 15.50 | 10,462.50 | |
| Of Counsel | Gabrielle Rohwer | 1997 | 1997 | CA | 595.00 | 5.20 | 3,094.00 | NLJ Ranking:            n/a |
| Of Counsel | William Ramseyer | 1980 | 1980 | CA | 575.00 | 4.30 | 2,472.50 | Firm Size:              55 |
| Associate | John W. Lucas | 2004 | 2010 | CA | 525.00 | 31.00 | 16,275.00 | |
| Paraprofessional | Patricia Cuniff | | | | 265.00 | 2.50 | 662.50 | |
| Paraprofessional | Louise Tuschak | | | | 265.00 | 7.70 | 2,040.50 | |
| Paraprofessional | Cheryl A. Knotts | | | | 265.00 | 1.00 | 265.00 | |
| Case Manager | Sheryle Pitman | | | | 185.00 | 5.40 | 999.00 | |
| Case Manager | Dina K. Whaley | | | | 185.00 | 0.40 | 74.00 | |
| | **TOTAL** | | | | | **152.50** | $   97,198.50 | |
| | | | | | | | | |
| **Paul Hastings LLP** | | | | | | | | |
| Partner | J. Al. Latham Jr. | 1976 | 1976 | CA | $  840.00 | 15.80 | $   13,272.00 | **U.S.B.C New York Southern** |
| Of Counsel | Jennifer S. Baldocchi | 1993 | 1993 | CA | 755.00 | 152.40 | 115,062.00 | ***AMR Corporation(11-15463 (SHL))*** |
| Associate | Melinda A. Gordon | 2006 | 2006 | CA | 615.00 | 31.10 | 19,126.50 | |
| Associate | Robert E. Zuver | 2007 | 2008 | CA | 575.00 | 181.70 | 104,477.50 | From the fee application covering |
| Associate | Lisa M. Paez | 2009 | 2009 | CA | 485.00 | 87.10 | 42,243.50 | July 1, 2012 through July 31, 2012 |
| Associate | Ji Hae Kim | 2010 | 2010 | CA | 385.00 | 97.00 | 37,345.00 | |
| Associate | Mario C. Ortega | 2010 | 2010 | CA | 385.00 | 160.20 | 61,677.00 | NLJ Ranking:            30 |
| | **TOTAL** | | | | | **725.30** | $  393,203.50 | Firm Size:              881 |
| | | | | | | | | |
| **Seyfarth Shaw LLP** | | | | | | | | |
| Counsel | Ellen Sueda | 1996 | 1996 | CA | $  680.00 | 2.40 | $     1,632.00 | **U.S.B.C New York Southern** |
| Partner | Colleen M Regan | 1985 | 1985 | CA | 620.00 | 1.50 | 930.00 | ***Grubb & Ellis Company (12-10685 MG)*** |
| Counsel | Holger Besch | 1997 | 1997 | CA | 540.00 | 56.60 | 30,564.00 | |
| | **TOTAL** | | | | | **60.50** | $   33,126.00 | From the fee application covering |
| | | | | | | | | July 2, 2012 through October 31, 2012 |

NLJ Ranking:            50
Firm Size:              733

## California Report

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| **Sidley Austin LLP** | | | | | | | | |
| Partner | Max C. Fischer | 1995 | 1995 | CA | $ 675.00 | 18.10 | $  12,217.50 | **U.S.B.C Delaware** |
| Associate | Michael T.  Gustafson | 2010 | 2010 | CA | 450.00 | 117.90 | 53,055.00 | *Tribune Company, et al.,(08-13141 (KJC))* |
| Associate | Francis S. Lam | 2011 | 2011 | CA | 355.00 | 41.00 | 14,555.00 | |
| | **TOTAL** | | | | | **177.00** | $  79,827.50 | From the fee application covering |
| | | | | | | | | September 1, 2012 through Sepember 30, 2012 |
| | | | | | | | | |
| | | | | | | | | NLJ Ranking:              10 |
| | | | | | | | | Firm Size:              1,592 |
| | | | | | | | | |
| **Torys LLP** | | | | | | | | |
| Partner | John Cameron | 1983 | 1983 | CA | $ 995.00 | 5.50 | $  5,472.50 | **U.S.B.C Delaware** |
| Partner | Sheila Block | 1974 | 1974 | CA | 995.00 | 0.40 | 398.00 | *Nortel Networks Inc.(09-10138)* |
| Partner | Michael Rotsztain | 1977 | 1977 | CA | 810.00 | 0.50 | 405.00 | |
| Associate | Jessica Bullock | 2008 | 2008 | CA | 695.00 | 21.10 | 14,664.50 | From the fee application covering |
| Associate | Adam Slavens | 2007 | 2007 | CA | 565.00 | 110.00 | 62,150.00 | August 1, 2012 through October 31, 2012 |
| Associate | Matthew Atkey | 2008 | 2008 | CA | 500.00 | 0.50 | 250.00 | |
| Library | Clare Mauro | | | | 355.00 | 0.80 | 284.00 | NLJ Ranking:              n/a |
| Law Clerk | Bradley Tartick | | | | 305.00 | 43.90 | 13,389.50 | Firm Size:              236 |
| Paraprofessional | Dianne Ralph | | | | 260.00 | 28.20 | 7,332.00 | |
| | **TOTAL** | | | | | **210.90** | $   104,345.50 | |

# *Westlaw Court Express*

## *LEGAL BILLING REPORT*

**VOLUME 14, NUMBER 3**

**December 2012**

CA REGION

## *BY BILLING RATE*

## *California Rate Report*

| | **PROFESSIONAL** | **FIRM** | **GRADUATED** | **ADMITTED** | **STATE** | **RATE** | **HOURS** | **TOTAL** |
|---|---|---|---|---|---|---|---|---|
| Partner | John Cameron | Torys LLP | 1983 | 1983 | CA | $ 995.00 | 5.50 | $ 5,472.50 |
| Partner | Sheila Block | Torys LLP | 1974 | 1974 | CA | 995.00 | 0.40 | 398.00 |
| Partner | Richard M. Pachulski | Pachulski Stang Ziehl Young Jones & Weintraub | 1979 | 1979 | CA | 975.00 | 0.80 | 780.00 |
| Partner | Ira D. Kharasch | Pachulski Stang Ziehl Young Jones & Weintraub | 1982 | 1983 | CA | 875.00 | 12.80 | 11,200.00 |
| Partner | J. Al. Latham Jr. | Paul Hastings LLP | 1976 | 1976 | CA | 840.00 | 15.80 | 13,272.00 |
| Partner | David P. Simonds | Akin Gump Strauss Hauer & Feld LLP | 1993 | 1993 | CA | 825.00 | 8.10 | 6,682.50 |
| Partner | Michael Rotsztain | Torys LLP | 1977 | 1977 | CA | 810.00 | 0.50 | 405.00 |
| Partner | Nate McKitterick | DLA Piper LLP | 1989 | 1989 | CA | 790.00 | 0.60 | 474.00 |
| Partner | Richard Yankwich | DLA Piper LLP | 1979 | 1979 | CA | 780.00 | 39.40 | 30,732.00 |
| Partner | Ann Lawrence | DLA Piper LLP | 1999 | 2000 | CA | 755.00 | 90.30 | 68,176.50 |
| Of Counsel | Jennifer S. Baldocchi | Paul Hastings LLP | 1993 | 1993 | CA | 755.00 | 152.40 | 115,062.00 |
| Of Counsel | James K. T. Hunter | Pachulski Stang Ziehl Young Jones & Weintraub | 1976 | 1976 | CA | 745.00 | 0.10 | 74.50 |
| Of Counsel | James K. T. Hunter | Pachulski Stang Ziehl Young Jones & Weintraub | 1976 | 1976 | CA | 745.00 | 4.00 | 2,980.00 |
| Partner | John D. Fiero | Pachulski Stang Ziehl Young Jones & Weintraub | 1988 | 1988 | CA | 745.00 | 50.80 | 37,846.00 |
| Senior Counsel | Edward P. Christian | Akin Gump Strauss Hauer & Feld LLP | 1995 | 1995 | CA | 725.00 | 2.60 | 1,885.00 |
| Partner | Samuel R. Maizel | Pachulski Stang Ziehl Young Jones & Weintraub | 1985 | 1985 | CA | 725.00 | 40.90 | 29,652.50 |
| Partner | Bruce Grohsgal | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1984 | CA | 725.00 | 11.10 | 8,047.50 |
| Partner | Heather Dunn | DLA Piper LLP | 2000 | 2000 | CA | 705.00 | 1.30 | 916.50 |
| Partner | Lance N. Jurich | Loeb & Loeb | 1987 | 1987 | CA | 695.00 | 1.90 | 1,320.50 |
| Associate | Jessica Bullock | Torys LLP | 2008 | 2008 | CA | 695.00 | 21.10 | 14,664.50 |
| Counsel | Ellen Sueda | Seyfarth Shaw LLP | 1996 | 1996 | CA | 680.00 | 2.40 | 1,632.00 |
| Of Counsel | Harry Hochman | Pachulski Stang Ziehl Young Jones & Weintraub | 1987 | 1987 | CA | 675.00 | 15.50 | 10,462.50 |
| Partner | Max C. Fischer | Sidley Austin LLP | 1995 | 1995 | CA | 675.00 | 18.10 | 12,217.50 |
| Partner | Jeffrey D. Aaronson | DLA Piper LLP | 1996 | 1996 | CA | 650.00 | 12.70 | 8,255.00 |
| Partner | Christopher W. Campbell | Loeb & Loeb | 1999 | 2000 | CA | 650.00 | 46.20 | 30,030.00 |
| Of Counsel | Ben Gipson | DLA Piper LLP | 2002 | 2002 | CA | 640.00 | 3.10 | 1,984.00 |
| Associate | Bertrand Pan | DLA Piper LLP | 2004 | 2004 | CA | 630.00 | 170.00 | 107,100.00 |
| Partner | Colleen M Regan | Seyfarth Shaw LLP | 1985 | 1985 | CA | 620.00 | 1.50 | 930.00 |
| Of Counsel | Jeffrey Kandel | Pachulski Stang Ziehl Young Jones & Weintraub | 1984 | 1984 | CA | 615.00 | 0.50 | 307.50 |
| Partner | Malhar S. Pagay | Pachulski Stang Ziehl Young Jones & Weintraub | 1994 | 1997 | CA | 615.00 | 1.80 | 1,107.00 |
| Partner | Scotta McFarland | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | 615.00 | 47.80 | 29,397.00 |
| Associate | Melinda A. Gordon | Paul Hastings LLP | 2006 | 2006 | CA | 615.00 | 31.10 | 19,126.50 |
| Of Counsel | Mary Lane | Pachulski Stang Ziehl Young Jones & Weintraub | 1976 | 1976 | CA | 595.00 | 3.80 | 2,261.00 |
| Partner | Nina Hong | Pachulski Stang Ziehl Young Jones & Weintraub | 1995 | 1996 | CA | 595.00 | 0.50 | 297.50 |
| Of Counsel | Gabrielle Rohwer | Pachulski Stang Ziehl Young Jones & Weintraub | 1997 | 1997 | CA | 595.00 | 5.20 | 3,094.00 |

## *California Rate Report*

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $ 575.00 | 4.30 | $ 2,472.50 |
| Associate | Robert E. Zuver | Paul Hastings LLP | 2007 | 2008 | CA | 575.00 | 181.70 | 104,477.50 |
| Associate | Adam Slavens | Torys LLP | 2007 | 2007 | CA | 565.00 | 110.00 | 62,150.00 |
| Associate | Ryan M. Austin | Loeb & Loeb | 2007 | 2007 | CA | 550.00 | 122.30 | 67,265.00 |
| Counsel | Holger Besch | Seyfarth Shaw LLP | 1997 | 1997 | CA | 540.00 | 56.60 | 30,564.00 |
| Associate | John W. Lucas | Pachulski Stang Ziehl Young Jones & Weintraub | 2004 | 2010 | CA | 525.00 | 31.00 | 16,275.00 |
| Associate | Diana M. Maltzer | DLA Piper LLP | 2008 | 2008 | CA | 510.00 | 67.00 | 34,170.00 |
| Associate | Matthew Atkey | Torys LLP | 2008 | 2008 | CA | 500.00 | 0.50 | 250.00 |
| Associate | Teddy M. Kapur | Pachulski Stang Ziehl Young Jones & Weintraub | 2004 | 2006 | CA | 495.00 | 8.40 | 4,158.00 |
| Associate | Lisa M. Paez | Paul Hastings LLP | 2009 | 2009 | CA | 485.00 | 87.10 | 42,243.50 |
| Associate | Natasha Hsieh | DLA Piper LLP | 2011 | 2011 | CA | 470.00 | 1.80 | 846.00 |
| Associate | Michael T.  Gustafson | Sidley Austin LLP | 2010 | 2010 | CA | 450.00 | 117.90 | 53,055.00 |
| Associate | Virginia Fitt | Gibson Dunn & Crutcher, LLP | 2010 | 2010 | CA | 445.00 | 19.20 | 8,544.00 |
| Associate | Jeanne C. Wanlass | Loeb & Loeb | 1993 | 1993 | CA | 435.00 | 18.20 | 7,917.00 |
| Partner | Eric A. Nyberg | Kornfield, Nyberg, Bendes & Kuhner, P.C. | 1987 | 1987 | CA | 425.00 | 16.90 | 7,182.50 |
| Associate | Tina Bhanshali | DLA Piper LLP | 2000 | 2000 | CA | 400.00 | 4.10 | 1,640.00 |
| Associate | Matthew Bouslog | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | 395.00 | 12.60 | 4,977.00 |
| Associate | Ji Hae Kim | Paul Hastings LLP | 2010 | 2010 | CA | 385.00 | 97.00 | 37,345.00 |
| Associate | Mario C. Ortega | Paul Hastings LLP | 2010 | 2010 | CA | 385.00 | 160.20 | 61,677.00 |
| Associate | Francis S. Lam | Sidley Austin LLP | 2011 | 2011 | CA | 355.00 | 41.00 | 14,555.00 |
| Library | Clare Mauro | Torys LLP | | | | 355.00 | 0.80 | 284.00 |
| Law Clerk | Bradley Tartick | Torys LLP | | | | 305.00 | 43.90 | 13,389.50 |
| Library | Leslie A. Forrester | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 295.00 | 1.10 | 324.50 |
| Paraprofessional | Felice Harrison | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 275.00 | 23.00 | 6,325.00 |
| Paraprofessional | Patricia Cuniff | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 265.00 | 2.50 | 662.50 |
| Paraprofessional | Louise Tuschak | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 265.00 | 7.70 | 2,040.50 |
| Paraprofessional | Cheryl A. Knotts | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 265.00 | 1.00 | 265.00 |
| Paraprofessional | S. Steadman | Loeb & Loeb | | | | 260.00 | 0.20 | 52.00 |
| Paraprofessional | Dianne Ralph | Torys LLP | | | | 260.00 | 28.20 | 7,332.00 |
| Case Manager | Sheryle Pitman | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 185.00 | 5.40 | 999.00 |
| Case Manager | Dina K. Whaley | Pachulski Stang Ziehl Young Jones & Weintraub | | | | 185.00 | 0.40 | 74.00 |
| Paraprofessional | Nancy L. Nyberg | Kornfield, Nyberg, Bendes & Kuhner, P.C. | | | | 80.00 | 0.30 | 24.00 |